IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SOTO, G-49875,<br><br>  Petitioner,<br><br>vs.<br><br>SONOMA COUNTY,<br><br>  Respondent. | No. C 16-0578 CRB (PR)<br><br>ORDER GRANTING<br>LEAVE TO PROCEED IFP<br><br>(Dkt. #7) |

Based solely on petitioner's affidavit of poverty, his request for leave to proceed in forma pauperis (IFP) (dkt. #7) is GRANTED.

SO ORDERED.

DATED: Feb. 25, 2016

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.16\Soto, W.16-0578.ifp.wpd